Filed in open court 8/18/05 (cw)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05- 112 M |
| RAPHAEL MURILLO - AGUILAR | ) | |
| Defendant. | ) | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves

   **(check all that apply):**

   \_\_\_\_  Crime of violence (18 U.S.C. § 3156)

   \_\_\_\_  Maximum sentence life imprisonment or death

   \_\_\_\_  10+ year drug offense

   \_\_\_\_  Felony, with two prior convictions in above categories

   _X_  Serious risk defendant will flee

   \_\_\_\_  Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure **(check one or both):**

    _X_    Defendant's appearance as required

    ___    Safety of any other person and the community

3. **Rebuttable Presumption**. The United States (will, <u>will not</u>) invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (**check one or both**):

    ___    Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    ___    Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ___    At first appearance

    _X_    After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of ___days (not more than 10) so that the appropriate officials can be notified since:

    1.    At the time the offense was committed the defendant was:

        ___    (a) on release pending trial for a felony;

        ___    (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ___    (c) on probation or parole for an offense.

2. ___ The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

3. ___ The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this __18th__ day of August, 2005.

                                            COLM F. CONNOLLY
                                            United States Attorney

BY:_____
                                            Ferris W. Wharton
                                            Assistant United States Attorney